UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONWAY MacKENZIE,

    Plaintiff,

vs.

ROBERT BARNETT,

    Defendant.

Case No. 19-cv-10945
Hon. Matthew F. Leitman

_____/

## ORDER REGARDING REMOVAL

This matter was removed to this Court on March 29, 2019. See Notice of Removal (Dkt. #1). Within five (5) days of today's date, the parties shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions that were originally filed in state court. The Court generally will not consider any unresolved motions pending in state court at the time of removal, unless they have been re-filed on this Court's docket and using this Court's case caption. The same is true for any responses or replies that had been filed in state court in connection with motions not yet resolved at the time of removal. Each party is responsible for the docketing of its own documents with this Court.

To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764