UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CONWAY MACKENZIE,

    Plaintiff/Counter-Defendant,

v.

ROBERT BARNETT,

    Defendant/Counter-Plaintiff.

Case No: 19-cv-10945
Hon. Matthew F. Leitman

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES**

IT IS HEREBY ORDERED that Plaintiff Conway MacKenzie's claim and Defendant Robert Barnett's counterclaims are dismissed in their entirety, with prejudice, and without an award of costs or attorney's fees to any party.

IT IS SO ORDERED.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2019

So Stipulated:

| | |
|---|---|
| KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. | DEBORAH GORDON LAW |
| By: */s/Ryan D. Bohannon*<br>     Thomas G. Kienbaum (P15945)<br>     Ryan D. Bohannon (P73394)<br>Attorneys for Plaintiff/<br>Counter-Defendant<br>280 N. Old Woodward Ave., Suite 400<br>Birmingham, Michigan 48009<br>(248) 645-0000<br>tkienbaum@khvpf.com<br>rbohannon@khvpf.com | By:*/s/Deborah L. Gordon*<br>*(w/permission)*<br>     Deborah L. Gordon (P27058)<br>Attorney for Defendant/<br>Counter-Plaintiff<br>33 Bloomfield Hills Parkway, Ste. 220<br>Bloomfield Hills, Michigan  48304<br>(248) 258-2500<br>dgordon@deborahgordonlaw.com |
| | BUCKLEY BEAL, LLP |
| | By: */s/Edward D. Buckley*<br>*(w/permission)*<br>Edward D. Buckley<br>  (Georgia Bar No. 092750)<br>Anita K. Balasubramanian<br>   (Georgia Bar No. 372029)<br>Attorney for Defendant/Counter-<br> Plaintiff<br>600 Peachtree Street NE, Suite 3900<br>Atlanta, GA 30308<br>(404) 781-1100<br>edbuckley@buckleybeal.com |

Dated: December 13, 2019